IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

FILED
ASHEVILLE, N.C.

SEP 28 2006

U.S. DISTRICT COURT
W. DIST. OF N.C.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 1:06MJ 251 |
| | ) | |
| vs. | ) | ORDER TO UNSEAL |
| | ) | |
| RICHARD SWANSON | ) | |

Upon motion of the United States Attorney, it is hereby ORDERED, ADJUDGED AND DECREED that the Arrest Warrant, Criminal Complaint, Affidavit, and Motion to Seal be unsealed.

This the 28th day of September, 2006.

_____
DENNIS L. HOWELL
UNITED STATES MAGISTRATE JUDGE